

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

### INDICTMENT FOR BANK ROBBERY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. **00-393** |
| v. | * | SECTION: |
| TEDDY SINGLETON, JR. | * | VIOLATION: 18 U.S.C. § 2113(a) |
| | * | **SECT. R MAG. 5** |

\*   \*   \*

The Grand Jury charges that:

### COUNT 1

On or about the 27th day of October, 2000, in the Eastern District of Louisiana, the defendant, **TEDDY SINGLETON, JR.**, by force, violence and intimidation did take from the person or presence of another, approximately one thousand two hundred sixty four dollars ($1,264.00) in United States currency belonging to and in the care, custody, control, management and possession of the First Bank & Trust, 5335 Freret Street, New Orleans, Louisiana, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation; all in violation of Title 18, United States Code, Section 2113(a).

## COUNT 2

On or about the 22nd day of November, 2000, in the Eastern District of Louisiana, the defendant, **TEDDY SINGLETON, JR.,** by force, violence and intimidation did take from the person or presence of another, approximately two thousand fifty four dollars ($2,054.00) in United States currency belonging to and in the care, custody, control, management and possession of the Hibernia National Bank, 1100 Carrollton Street, New Orleans, Louisiana, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation; all in violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL:

_____
FOREMAN

_____
EDDIE J. JORDAN, JR.
UNITED STATES ATTORNEY
Bar Roll No. 1450

_____
WALTER F. BECKER, JR.
Chief, Criminal Division
Assistant United States Attorney
Bar Roll No. 1685

2

_____
MATTHEW M. COMAN
Assistant United States Attorney
Bar Roll No. 23613


New Orleans, Louisiana
December 14, 2000