MINUTE ENTRY
AFRICK, J.
MARCH 28, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 00-393 |
| TEDDY SINGLETON | SECTION "R" |

### INITIAL APPEARANCE SUPERVISED RELEASE VIOLATION

APPEARANCES:  X  DEFENDANT WITH/(WITHOUT) COUNSEL _____
             X  ASSISTANT U.S. ATTORNEY  MATTHEW COMAN
             X  PROBATION OFFICER        RODNEY DOUGLAS
             __ INTERPRETER _____ SWORN
                (TIME: ____.M to ____.M)

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF (PETITION)/RULE TO REVOKE: READ (SUMMARIZED) WAIVED

__/ DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

X / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS
X / FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT
__/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT
__/ BOND SET AT _____

X / DEFENDANT REMANDED TO THE CUSTODY OF THE U. S. MARSHAL
__/ DEFENDANT RELEASED ON BOND
__/ DEFENDANT INFORMED THAT HEARING TO DETERMINE COUNSEL IS SET FOR

X / DEFENDANT INFORMED THAT PRELIMINARY HEARING IS SET FOR
    *April 5, 2007 at 2:00 p.m.*
X / DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR
    *March 29, 2007 at 2:00 p.m.*
X / **RULE TO REVOKE SUPERVISED RELEASE WILL BE SET
    BEFORE UNITED STATES DISTRICT JUDGE SARAH VANCE**

JS10:  05

__ Fee _____
__ Process _____
X  Dktd _____
__ CtRmDep _____
__ Doc. No. _____