UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 00-393 |
| v. | * | SECTION: "R" |
| TEDDY SINGLETON | * | |

\* \* \*

## RULE TO REVOKE SUPERVISED RELEASE

**NOW INTO COURT** comes the United States of America, appearing herein by and through the undersigned Assistant United States Attorney, who respectfully represents as follows:

I.

On April 11, 2001, the defendant, Teddy Singleton, was sentenced to 51 months by the Court following the defendant's guilty plea to violating Title 18, United States Code, Section 2113(a) (bank robbery) in the above-captioned case number and division.

II.

On January 18, 2006, the defendant began serving a three (3) year term of supervised release.

III.

The defendant has violated the terms and conditions of his supervised release as follows:

a) The defendant failed to appear for drug aftercare meetings in Baton Rouge, Louisiana January 20 and 31, February 1 and 16, May 5, 22, 29, June 6 and 15, and September 9 and 14, 2006;

b) The defendant submitted urine specimens that tested positive for marijuana on August 3 and 17, and September 9, 2006;

c) The defendant failed to maintain consistent restitution payments and still owes $664.74 to the victim in this matter;

d) The defendant, when notified of the petition for warrant in this matter, informed the United States Probation Officer that he would not voluntarily turn himself into authorities.

**WHEREFORE**, the Government prays that the defendant, Teddy Singleton, be brought before this Court and a copy of this Rule be served upon him, and that he be ordered to show cause before this Court why his supervised release should not be revoked for his failure to abide by the terms and conditions of said supervised release.

New Orleans, Louisiana, this 30th day of March, 2007.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY


/s/ Matthew M. Coman
MATTHEW M. COMAN
Assistant United States Attorney
Bar Roll No. 23613
Hale Boggs Federal Building
500 Poydras Street, Second Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3116
matthew.coman@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to Virginia Laughlin Schlueter, Federal Public Defender .

/s/ Matthew M. Coman
MATTHEW M. COMAN