UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIMINAL DOCKET NO. 00-393 |
| v. | * | SECTION: "R" |
| **TEDDY SINGLETON** | * | |
| | * * * | |

### O R D E R

Considering the motion of the United States of America and the facts set forth therein;

**IT IS ORDERED** that the defendant, Teddy Singleton, be brought before this Court, that a copy of this Rule be served upon him, and that he show cause, if any he can, on the ___ day of _____, 2007, at _____, why his three (3) year term of supervised release granted by the United States District Court for the Eastern District of Louisiana, should not be revoked for violation of the terms and conditions of said supervised release.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE