MINUTE ENTRY
AFRICK, J.
MARCH 29, 2007

## UNITED STATES  DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                       NO. 00-393

TEDDY SINGLETON                             SECTION: R

A detention hearing was set this date before Judge Lance Africk.

PRESENT:    Matthew Coman, Asst. U.S. Attorney
            Roma Kent, Counsel for the defendant
            Teddy Singleton, Defendant

Ms. Kent  requested that this matter be continued for reasons stated on the record.  The Government objected to any continuance.

Good cause shown, **IT IS ORDERED** that the detention hearing is **CONTINUED to March 30, 2007 at 10:00 a.m.**

The defendant was remanded to the custody of the U.S. Marshal.

_____
LANCE M. AFRICK, U.S. DISTRICT JUDGE

CLERK TO NOTIFY:
U.S. ATTORNEY, PRE-TRIAL SERVICES,
U.S. MARSHAL, ATTORNEY FOR DEFENDANT,
DEFENDANT

JS-10:  00:03

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No_____