MINUTE ENTRY
MARCH 30, 2007
CHASEZ, M.J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-393 |
| TEDDY SINGLETON | SECTION: R |

**DETENTION HEARING**

PRESENT:   X/DEFENDANT

X/COUNSEL FOR THE DEFENDANT  FPD: Roma Kent
500 Poydras St., New Orleans, LA 70130

X/ASST. U.S. ATTORNEY  MATTHEW COMAN

___/INTERPRETER _____
(Interpreter designated by the Court and sworn. Time ____ M. to ____ M.)

X/GOVERNMENT WITNESS(ES) Rodney Douglas sworn, testified

X/DEFENSE WITNESS(ES) Tina Shelvin sworn, testified

MJSTAR:  :40

___ Fee_____
___ Process____
X  Dktd____
___ CtRmDep___
___ Doc. No___

TEDDY SINGLETON                                       00-393 R
DEFENDANT                                             CASE NO.

**THE COURT ORDERS AFTER HEARING TESTIMONY PRESENTED IN THE ABOVE CAPTIONED MATTER:**

\_\_/ DEFENDANT IS ENTITLED TO RELEASE. BOND SET AT

_____

SPECIAL CONDITIONS: (1) HE SHALL NOT COMMIT A FEDERAL, STATE OR LOCAL CRIME DURING THE PERIOD OF RELEASE; (2) HE SHALL NOT INTERFERE WITH, INTIMIDATE, THREATEN, HARM, OR INFLUENCE ANY JUROR, GOVERNMENT WITNESSES, VICTIMS OR FEDERAL AGENTS.

_____

_____

_____

\_\_/ DEFENDANT EXECUTED THE BOND AND WAS RELEASED.

\_\_/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL UNTIL BOND IS PERFECTED.

X/ DEFENDANT IS NOT ENTITLED TO RELEASE.

X/ DEFENDANT IS ORDERED DETAINED AND REMANDED TO THE CUSTODY OF THE U.S. MARSHAL.

X/ WRITTEN FINDINGS AND STATEMENT OF REASONS ORDERING DETENTION FILED.

\_\_/ IT IS STIPULATED THAT IF THE AGENT WERE CALLED TO TESTIFY, SAID TESTIMONY WOULD BE CONSISTENT WITH THAT CONTAINED IN THE COMPLAINT/AFFIDAVIT.

\_\_/ IT IS STIPULATED THAT IF THE PRETRIAL SERVICES/PROBATION OFFICER WERE CALLED TO TESTIFY, SAID TESTIMONY WOULD BE CONSISTENT WITH THAT CONTAINED IN HIS/HER REPORT.

\_\_/ THE DEFENDANT WAIVED/STIPULATED TO DETENTION RESERVING HIS/HER RIGHT TO REOPEN

\_\_/ OTHER: _____

_____