# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF LOUISIANA
#### OFFICE OF THE CLERK

NICK J. LORIO
CLERK

March 29, 2007

00 - 393 "R"

United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130
(504)589-7600

Re: Magistrate Action 07-0022-DLD; USA v Teddy Singleton

Dear Clerk:

    Pursuant to the Rule 5(c)(3) Transfer of the above captioned case to your Court, transmitted herewith are:

- [ ] Certified copy of docket entries
- [ ] Certified copy of transferral order
- [X] Original case file documents

Please acknowledge receipt of the above documents on the copy of this letter.

Respectfully submitted,

Nick J. Lorio, Clerk

By: *Nicole R. Joups*
Deputy Clerk