# Other Orders/Judgments
3:07-mj-00022-DLD USA v. Singleton

## U.S. District Court

## Middle District of Louisiana

### Notice of Electronic Filing

The following transaction was entered on 3/29/2007 at 2:06 PM CDT and filed on 3/29/2007
**Case Name:** USA v. Singleton
**Case Number:** 3:07-mj-22
**Filer:**
**Document Number:** 4

**Docket Text:**
COMMITMENT TO ANOTHER DISTRICT as to Teddy Singleton. Defendant committed to District of Eastern District of Louisiana. Signed by Judge Docia L Dalby on 3/28/2007. (NLT, )


**3:07-mj-22-1 Notice has been electronically mailed to:**

Mary Patricia Jones      USALAM.ECF@usdoj.gov, Patricia.Jones4@usdoj.gov

**3:07-mj-22-1 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1077641870 [Date=3/29/2007] [FileNumber=538753-0]
[07dea1637f4bc7a0b4274cd8fba8792021eb6f40d8740b25a4063a7aa40437c820f0
ca7390581930b5e0fb42b2af2b804738f4563ce5b8058422dc5cc641f242]]

AO 94  (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

**MIDDLE** District of **LOUISIANA**

| UNITED STATES OF AMERICA<br>V.<br>TEDDY SINGLETON | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 053L 2:00CR00393-001R | Mag. 07-22-DLD | |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN

☐ Indictment     ☐ Information     ☐ Complaint     ☒ Other     Petition for Warrant for Offender Under Supervision

charging a violation of     Title     U.S.C.

**DISTRICT OF OFFENSE**
EASTERN DISTRICT OF LOUISIANA

**DESCRIPTION OF CHARGES:**

Violations of Supervised Release

**CURRENT BOND STATUS:**

☐ Bail fixed at               and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☒ Other (specify)    The defendant waived detention hearing in MDLA, reserving his right a detention hearing in EDLA.

| Representation: | ☐ Retained Own Counsel | ☐ Federal Defender Organization | ☐ CJA Attorney | ☒ None |
|---|---|---|---|---|
| Interpreter Required? | ☒ No | ☐ Yes | Language: | |

DISTRICT OF     MIDDLE LOUISIANA

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

DATE: March 28, 2007                                    _____
                                                                          JUDGE

## RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

___ Fee ___
___ Process ___
X  Dktd ___
√  CtRmDep ___
___ Doc. No ___

Additional Notices Sent to: USM - 2 certified copies