# Waivers

3:07-mj-00022-DLD USA v. Singleton

## U.S. District Court

## Middle District of Louisiana

### Notice of Electronic Filing

The following transaction was entered on 3/29/2007 at 2:02 PM CDT and filed on 3/27/2007
**Case Name:**     USA v. Singleton
**Case Number:**   3:07-mj-22
**Filer:**         Dft No. 1 - Teddy Singleton
**Document Number:** 3

**Docket Text:**
WAIVER of Counsel by Teddy Singleton (NLT, )


**3:07-mj-22-1 Notice has been electronically mailed to:**

Mary Patricia Jones     USALAM.ECF@usdoj.gov, Patricia.Jones4@usdoj.gov

**3:07-mj-22-1 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1077641870 [Date=3/29/2007] [FileNumber=538741-0]
[1fc8a8ea25dbb8b6c2aedd85cc158a926276bb5858b004dbb6bd068cac3f79d934d6
ae312e4e14a27f3415dd93998d19d9ea482bd2db51e0d1ff4e5270168e97]]

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

FILED IN COURT
MAR 2 7 2007
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07- 22-~~AJ~~ DLD |
| versus | : | |
| TEDDY SINGLETON | : | |

### WAIVER BY DEFENDANT OF ASSISTANCE OF COUNSEL

I, TEDDY SINGLETON, defendant in the above-numbered and entitled proceeding, having been advised of my constitutional right to have the assistance of counsel for my defense, including my right to have court-appointed counsel if I cannot afford to retain counsel, hereby declare that I do not desire the assistance of counsel and do hereby waive my right to have the assistance of counsel for my defense for this proceeding only.

Dated this 27th day of March, 2007.

_____
TEDDY SINGLETON
DEFENDANT