# Waivers

3:07-mj-00022-DLD USA v. Singleton

## U.S. District Court

## Middle District of Louisiana

### Notice of Electronic Filing

The following transaction was entered on 3/29/2007 at 2:01 PM CDT and filed on 3/27/2007
**Case Name:**      USA v. Singleton
**Case Number:**    3:07-mj-22
**Filer:**          Dft No. 1 - Teddy Singleton
**Document Number:** 2

**Docket Text:**
WAIVER of Rule 32 Delays by Teddy Singleton (NLT, )


**3:07-mj-22-1 Notice has been electronically mailed to:**

Mary Patricia Jones     USALAM.ECF@usdoj.gov, Patricia.Jones4@usdoj.gov

**3:07-mj-22-1 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1077641870 [Date=3/29/2007] [FileNumber=538737-0]
[7d394081a83fd570d0d687340d1b6ac412a109c4bc33a7a34955a91f40181edebb34
3e7fe22dc40b2012d20ec16ea0af474d8da1199a7d0518857baa0f2f8ade]]

AO 466 (Rev. 10/03) Waiver of Rule 32.1 Hearings

# UNITED STATES DISTRICT COURT

**MIDDLE** DISTRICT OF **LOUISIANA**

FILED IN COURT
MAR 2 7 2007
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

V.

TEDDY SINGLETON

Defendant

**WAIVER OF RULE 32.1 HEARINGS**
(Probation/Supervised Release Violation)

CASE NUMBER: 07- 22-DLD

CHARGING DISTRICTS
CASE NUMBER: 2:00CR393 "R"

I understand that charges are pending in the **Eastern** District of **Louisiana** alleging violation of **supervised release** and that I have been arrested in this district and
(Probation / Supervised Release)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (but only if I will be kept in custody, and the hearing will only be held in this district if the alleged violation occurred here) to determine whether there is probable cause to believe a violation occurred; and

(4) a hearing under Rule 32.1(a)(6), Fed. R. Crim. P., in which I have the burden of establishing my eligibility for release from custody.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( ) identity hearing

(✓) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

3-27-07
Date

_____
Defense Counsel