# Minute Entries
3:07-mj-00022-DLD USA v. Singleton

## U.S. District Court

## Middle District of Louisiana

### Notice of Electronic Filing

The following transaction was entered on 3/29/2007 at 2:00 PM CDT and filed on 3/27/2007
**Case Name:** USA v. Singleton
**Case Number:** 3:07-mj-22
**Filer:**
**Document Number:** 1

**Docket Text:**
MINUTE ENTRY for proceedings held before Judge Docia L Dalby: Initial Appearance re Revocation of Supervised Release/Rule 32.1 Hearing as to Teddy Singleton held on 3/27/2007. Dft waived assistance of counsel and his right to a preliminary hearing. Govt moved for detention and the dft waived his right to a detention hearing. The court ordered the dft detained. Dft remanded to the custody of the USM to be transferred to the EDLA. (NLT, )


**3:07-mj-22-1 Notice has been electronically mailed to:**

Mary Patricia Jones     USALAM.ECF@usdoj.gov, Patricia.Jones4@usdoj.gov

**3:07-mj-22-1 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1077641870 [Date=3/29/2007] [FileNumber=538730-0]
[124ddf860044aaef5e1823492f0151bdded19c7748e46550fa81c181fd2f3b68596b
b3e0c481261575fa14e42fa0f7cd59206a70d92c487ff9aa87bffaceb513]]

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

-vs-

TEDDY SINGLETON

Magistrate Action 07-22-DLD

AUSA: M. Patricia Jones

| JUDGE: | Docia Dalby | DATE: | March 27, 2007 |
|---|---|---|---|
| DEPUTY CLERK: | Joan Sheets-Launey | TAPE/REPORTER: | |
| INTERPRETER: | | PRETRIAL/PROBATION: | Cassandra Robbins |

### CLERK'S MINUTES
### Rule 32.1 Hearing

The defendant was sworn and advised of his rights.

The defendant waived his right to the assistance of counsel for this proceeding only, signed a waiver of counsel and it was filed.

The defendant was informed of the charges pending against him.

The government advised the court that the defendant is not entitled to an identity hearing because the violation occurred in this district; therefore, the court found that the defendant is the person named in the petition for warrant for offender under supervision.

Upon questioning, the defendant waived his right to a preliminary hearing. The defendant signed a waiver of preliminary hearing and it was filed. Based upon the defendant's waiver, the court found that the defendant knowingly and voluntarily waived his right to a preliminary

C: CR 25; T:00:15

hearing. Further, the court found probable cause that the defendant did commit the violations as alleged in the petition and the defendant should be held over for a revocation hearing in the Eastern District of Louisiana.

The government moved for detention of the defendant on the basis of risk of flight and danger to the community. Upon questioning, the defendant waived his right to a detention hearing in this district, reserving his right to a detention hearing in the Eastern District of Louisiana.

The Court ORDERED the defendant detained reserving his right to a detention hearing in the Eastern District of Louisiana.

The defendant was remanded to the custody of the U. S. Marshal to be transferred to the Eastern District of Louisiana.

_____
MAGISTRATE JUDGE DOCIA L. DALBY

C: CR 25; T:00:15