Prob12C (7/93)

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: TEDDY SINGLETON                Case Number: 053L 2:00CR00393-001R

Name of Sentencing Judicial Officer: Honorable Sarah S. Vance

Offense: 18 USC 2113(a) Bank Robbery (Count 1 and 2)

Date of Sentence: April 11, 2001

Sentence: Custody of the Bureau of Prisons for a period of 51 months, to be followed by a three year term of supervised release. Restitution of $2,916.00 was further ordered. A special assessment fee in the amount of $200.00 was ordered.

Special Conditions:

1) Orientation and life skills
2) Drug treatment
3) Restitution to Hibernia National Bank in the amount of $1,652.00 and to First Bank and Trust in the amount of $1,264.00, totaling $2,916.00 at a rate of $85.00 per month.

| | | | |
|---|---|---|---|
| Type of Supervision: | Supervised Release | Date Supervision Commenced: | January 18, 2006 |
| Assistant U.S. Attorney: | Matthew Coman | Defense Attorney: | Roma Kent |

### PETITIONING THE COURT

[ X ] To issue a warrant                                    [ ] To issue a summons

For the arrest of Teddy Singleton for alleged violations of Supervised Release, and that he be brought before this court to answer a Rule to Show Cause Why Supervised Release Should Not Be Revoked.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| Special Condition No. 2 | Singleton failed to appear for drug aftercare meetings at Capital Area Center for Addictive Disorders, Baton Rouge, Louisiana on 1/20 and 1/31; 2/1 and 2/16; 5/5, 5/22 and 5/29; 6/6 and 6/15; and 9/9 and 9/14, 2006. |
| Special Condition No. 2 | Singleton submitted urine specimen to personnel at Capital Area Center for Addictive Disorders on 8/3, 8/17, and 9/9, 2006, which tested positive for marijuana. |
| Special Condition No. 3 | Singleton has failed to make payments toward his restitution as ordered by the Court. Singleton has submitted restitution payments totaling $2,252.00 leaving an outstanding balance of $664.74. Singleton's last restitution payment was received on October 13, 2006, in the amount of $85.00. |

CUSTODIAL STATUS:

CUSTODIAL STATUS :

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 1, 2007

*Rodney C. Douglas*
Rodney C. Douglas
U.S. Probation Officer

REVIEWED BY:
*Stephanie H. Williams*
Stephanie H. Williams
Supervising U. S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[✓]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Sarah Vance*
Signature of Judicial Officer

March 9, 2007
Date

Address of Offender:    1850 Debby Avenue
                        Zachary, LA 70791
                        (225) 570-2162

THE CLERK IS DIRECTED TO DISTRIBUTE COPIES TO THE FOLLOWING ONLY:
  Original         - Clerk's Office
  1 Copy Certified - U.S. Attorney
  1 Copy Certified - U.S. Marshal's Office
  2 Copies Certified - U.S. Probation Office

NOTICE TO THE AUSA: DO NOT PREPARE THE RULE UNTIL AFTER THE OFFENDER APPEARS FOR THE INITIAL APPEARANCE HEARING



CLERK'S OFFICE
A TRUE COPY
MAR 12 2007
Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, La.