AO 442 (Rev.10/03) Warrant for Arrest

# United States District Court

## EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

V.

TEDDY SINGLETON
1850 Debby Avenue
Zachary, LA 70791

**WARRANT FOR ARREST**

CASE NUMBER: 00cr393"R"

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **TEDDY SINGLETON** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

( ) Indictment  ( ) Information  ( ) Complaint  ( ) Order of Court  ( ) Probation Violation Petition  (x) Supervised Release Violation Petition  (x) Violation Notice

charging him or her with alleged violations of supervised release

LORETTA G. WHYTE
Name of Issuing Officer

CLERK
Title of Issuing Officer

March 12, 2007   New Orleans, Louisiana
Date and Location

Signature of Issuing Officer

*p. Catalanotto*
(By) Deputy Clerk

Bail fixed at $_____   by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

**DEFENDANT'S NAME:** _____

**ALIAS:** _____

**LAST KNOWN RESIDENCE:** _____

**LAST KNOWN EMPLOYMENT:** _____

**PLACE OF BIRTH:** _____

**DATE OF BIRTH:** _____

**SOCIAL SECURITY NUMBER:** _____

**HEIGHT:** _____  **WEIGHT:** _____

**SEX:** _____  **RACE:** _____

**HAIR:** _____  **EYES:** _____

**SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:** _____

_____

_____

**FBI NUMBER:** _____

**COMPLETE DESCRIPTION OF AUTO:** _____

_____

**INVESTIGATIVE AGENCY AND ADDRESS:** _____

_____

_____