...

# United States District Court

## EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

V.

WARRANT FOR ARREST

TEDDY SINGLETON
1850 Debby Avenue
Zachary, LA 70791

CASE NUMBER: 00cr393"R"

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **TEDDY SINGLETON** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

( ) Indictment ( ) Information ( ) Complaint ( ) Order of Court ( ) Probation Violation Petition (x) Supervised Release Violation Petition (x) Violation Notice

charging him or her with alleged violations of supervised release

---

**LORETTA G. WHYTE**
Name of Issuing Officer

**CLERK**
Title of Issuing Officer

**March 12, 2007   New Orleans, Louisiana**
Date and Location

Signature of Issuing Officer
*B. Catalanotto*
(By) Deputy Clerk

Bail fixed at $ _____   by _____
Name of Judicial Officer

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No.

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at 7051 Barker Rd., Apt 2, Baton Rouge, LA |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 3/12/07 | Doug Ferrell DUSM | [signature] |
| DATE OF ARREST 3/27/07 | | |

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____
_____