MINUTE ENTRY
VANCE, J.
MAY 2, 2007

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VERSUS | NO. 00-393 |
| TEDDY SINGLETON | SECTION "R" |

### REVOCATION HEARING

COURTROOM DEPUTY: JAY SUSSLIN
COURT REPORTER/RECORDER: TONI TUSA

APPEARANCES:   LIZ PRIVITERA FOR MATTHEW COMAN, FOR GOVERNMENT
               ROMA KENT, ASST FPD, FOR DEFENDANT
               U.S. PROBATION
               U.S. MARSHALS

Court begins.
All present and ready.
Counsel appear for the record.
The Court continues the Revocation Hearing until August 8, 2007, at 9:30 a.m.
The Court orders the defendant released on bond to return on August 8, 2007.
Bond Hearing referred to the Duty Magistrate to be held today at 2:00 p.m. for the setting of the appropriate bond.
Court adjourned.

JS-10: 00:08