MINUTE ENTRY
MOORE, M.J.
MAY 2, 2007

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-393 |
| TEDDY SINGLETON | SECTION: R |

    A hearing to set bond was held this date before Magistrate Judge Louis Moore, Jr.

    PRESENT:   Matthew Coman, Asst. U.S. Attorney
                       Roma Kent, Counsel for the defendant
                       Teddy Singleton, Defendant
                       Rodney Douglas, Probation Officer

    This matter was referred by the District Court to set amount and conditions of bond. An unsecured appearance bond was set in the amount of $5,000.00.

    The special conditions are (1) travel restricted to the State of Louisiana (2) attend drug aftercare treatment and (3) random urinalysis testing as directed by the Probation Officer.

    The defendant signed the bond was released.

                                                      LOUIS MOORE, JR., U.S. MAGISTRATE JUDGE

: 00:08

CLERK TO NOTIFY: U.S. ATTORNEY, PRETRIAL SERVICES, U.S. MARSHAL, ATTORNEY FOR DEFENDANT, DEFENDANT

MINUTE ENTRY
MOORE, M.J.
MAY 2, 2007

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-393 |
| TEDDY SINGLETON | SECTION:  R |

A hearing to set bond was held this date before Magistrate Judge Louis Moore, Jr.

PRESENT:   Matthew Coman, Asst. U.S. Attorney
Roma Kent, Counsel for the defendant
Teddy Singleton, Defendant
Rodney Douglas, Probation Officer

This matter was referred by the District Court to set amount and conditions of bond. An unsecured appearance bond was set in the amount of  $5,000.00.

The special conditions are (1) travel restricted to the State of Louisiana (2) attend drug aftercare treatment and (3) random urinalysis testing as directed by the Probation Officer.

The defendant signed the bond was released.

LOUIS MOORE, JR., U.S. MAGISTRATE JUDGE

: 00:08

CLERK TO NOTIFY: U.S. ATTORNEY, PRETRIAL SERVICES, U.S. MARSHAL, ATTORNEY FOR DEFENDANT, DEFENDANT