**MINUTE ENTRY**
**VANCE, J.**
**AUGUST 8, 2007**

**UNITED STATES  DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**UNITED STATES OF AMERICA**                          **CRIMINAL CASE**

**VERSUS**                                                            **NO. 00-393**

**TEDDY SINGLETON (BOND)**                          **SECTION: R**


**COURTROOM DEPUTY:  JAY SUSSLIN**
**COURT REPORTER: TONI TUSA**

**SENTENCING**

**APPEARANCES:    TEDDY SINGLETON (BOND), DEFENDANT**
                              **ROMA KENT, COUNSEL FOR DEFENDANT**
                              **MATT COMAN, ASSISTANT U.S. ATTORNEY**
                              **DAVID ARENA,  U.S. PROBATION OFFICER**
                              **U.S. MARSHALS**


**Court begins.**
**All present and ready.**
**Court dissolves the Rule to Revoke for reasons stated on the record.**
**Defendant released on his present term of supervised release.**
**Court adjourned.**


**JS-10: 00:11**