# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET # (Trans. Court) | 053L 2:00-00300M-001 R |
| DOCKET # (Rec. Court) | 07-252-EJ |

**NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:**

Teddy Singleton
1850 Dabby Avenue
Zachary, Louisiana

| DISTRICT | DIVISION | NAME OF SENTENCING JUDGE |
|---|---|---|
| Louisiana Eastern | New Orleans | Sarah Vance |

| Date of Probation/Supervised Release: | FROM | TO |
|---|---|---|
| December 15, 2005 | December 15, 2005 | December 14, 2008 |

Offense - Bank Robbery - Counts 1 and 2

## PART 1 - ORDER TRANSFERRING JURISDICTION

United States District Court for the Eastern District of Louisiana

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District court for the Middle District of Louisiana, upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court. *

November 1, 2007
DATE

*signature* Sarah Vance
UNITED STATES DISTRICT JUDGE

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

United States District Court for the

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this court from and after the entry of this order.

11-8-07
DATE

*signature*
UNITED STATES DISTRICT JUDGE

RCD

___ Fee ___
___ Process ___
X   Dktd ___
___ CtRmDep ___
___ Doc. No. ___