UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

LORETTA G. WHYTE                                                     500 POYDRAS ST., ROOM C-151
CLERK                                                                         NEW ORLEANS, LA 70130

November 26, 2007

Mr. Nick J. Lorio
Clerk, United States District Court
Middle District of Louisiana
777 Florida Street, Suite 139
Baton Rouge, LA  70801

Re:  Criminal Case No. 00-393"R"
      United States of America
          vs.
      Teddy Singleton

Dear Mr. Lorio:

On November 26, 2007, the Honorable Sarah S. Vance, United States District Judge for this district, entered an order transferring jurisdiction of probation as to defendant Teddy Singleton to the Middle District of Louisiana.

Pursuant to said order and acceptance of jurisdiction by the Middle District of Louisiana, we are forwarding herewith a certified copy of the Teddy Singleton docket sheet, indictment, J&C, . The official court record for the Eastern District of Louisiana is the electronic case filing systems, CM/ECF. Please be advised you may access this database to obtain original pleadings.  Our web site is: http://ecf.laed.circ5.dcn. Please use your court's Pacer account and password to access these documents. If you have any problems, please do not hesitate to contact us.

Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

LORETTA  G. WHYTE, CLERK

By:   B. Catalanotto
           Deputy Clerk

Enclosures